# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23 Mag. 586**                                Date **April 17, 2023**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          ☐ Removal Proceedings in

United States v. **Cleveland Douse**

The Complaint/Rule 40 Affidavit was filed on **January 24, 2023**

*U.S. Marshals please withdraw warrant*

**BEN ARAD**  Digitally signed by BEN ARAD
Date: 2023.04.17 11:53:14 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 4/19/23

*[signature]*

UNITED STATES MAGISTRATE JUDGE